EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Drug/Organized Crime Section

LOUIS A. BRACCO
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:  lou.bracco@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 21 2005

at __ o'clock and __ min. __M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAVIER MARTINEZ-ARELLANO,<br><br>Defendant. | CR. NO. CR 05-00381 SOM<br><br>INDICTMENT<br><br>[8 U.S.C. §§ 1326(a) and 1326(b)(1)] |

INDICTMENT

The Grand Jury charges that:

On or about August 23, 2005, in the District of Hawaii, JAVIER MARTINEZ-ARELLANO, Defendant herein, an alien who was excluded, deported, and removed from the United States on or about January 10, 1994, April 30, 1994, and October 12, 1995 subsequent to having been convicted of a felony offense, was thereafter found in the United States, having knowingly and

unlawfully re-entered the United States without first having obtained consent of the Attorney General for the United States (or his successor, the Secretary for Homeland Security (Title 6, United States Code, Sections 202(3), (4), and 557)), for re-application by the Defendant for admission into the United States.

In violation of Title 8, United States Code, Sections 1326(a) and 1326(b)(1).

DATED: SEP 2 1 2005, at Honolulu, Hawaii.

A TRUE BILL

/S/

FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
FLORENCE T. NAKAKUNI
Chief, Drug/Organized Crime Section

_____
LOUIS A. BRACCO
Assistant U.S. Attorney

United States v. Javier Martinez-Arellano
Cr. No. _____
"Indictment"