**ORIGINAL**

EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Drug/Organized Crime Section

LOUIS A. BRACCO
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:  lou.bracco@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 19 2005

at __11__ o'clock and __10__ min. __A__M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>JAVIER MARTINEZ-ARELLANO,<br><br>　　　　　　　Defendant. | CR. NO. 05-00381 SOM<br><br>GOVERNMENT'S SENTENCING STATEMENT; CERTIFICATE OF SERVICE<br><br><br><br>DATE:  February 6, 2006<br>TIME:  1:30 p.m.<br>JUDGE: Susan Oki Mollway |

GOVERNMENT'S SENTENCING STATEMENT

A.  Introduction

Defendant JAVIER MARTINEZ-ARELLANO ("Martinez-Arellano") appears before this Court for sentencing based upon his guilty plea.  On October 19, 2005, Defendant

Martinez-Arellano pled guilty to unlawful re-entry into the United States after deportation in violation of 8 U.S.C. §§ 1326(a) and (b)(1).

B. <u>Discussion</u>

Government counsel has reviewed the draft Presentence Report prepared by U.S. Probation Officer Neil Tsukiyama dated December 14, 2005. We agree with the factual information contained in the Presentence Report, as well as the calculation of the base offense level (level 8) and the total adjusted offense level (level 10).

We disagree, however, with the PSR's determination that the criminal history is category II. For the reasons stated below, we believe that the appropriate criminal history applicable to Defendant Martinez-Arellano is criminal history Category III, which yields an advisory Guideline Sentencing range of level 10 (CH III)= 10-16 months.

Contrary to the assessment in PSR paragraph 28, we believe that Defendant's prior convictions for Presenting False Identification to Police Officers and Carrying a Concealed Weapon in Huntington Park, California on August 3, 1994 are countable pursuant to Guideline § 4A1.2(e)(2), which provides that any prior sentence that was imposed within ten years of the Defendant's <u>commencement of the instant offense</u> is counted. As the Defendant acknowledges, Defendant <u>commenced</u> the instant

offense on September 11, 2002 when he unlawfully re-entered the United States near San Ysidro, California (see PSR paragraph 7). Consequently, Defendant's convictions in Huntington Park, California on August 3, 1994 occurred within the ten year period presiding the <u>commencement</u> of the instant offense (on September 11, 2002) of re-entry into the United States after deportation.  See also Application Note 8 to Guideline § 4A1.2 which expressly states that the term "commencement of the instant offense" includes <u>any</u> relevant conduct.

Accordingly, Defendant's 1994 Huntington Park convictions are countable.  And, because Defendant received a sentence of at least 60 days (as to the Concealed Weapon conviction) 2 criminal history points are added pursuant to § 4A1.1(b).  Thus, the total of Defendant's criminal history points should be 5, thereby establishing a criminal history category of Category III.

//
//
//
//
//
//
//
//

C.  Forfeitures

No criminal forfeitures are involved in this prosecution.

DATED: December 19th, 2005, at Honolulu, Hawaii.

Respectfully submitted,

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By /s/ Louis A. Bracco
LOUIS A. BRACCO
Assistant U. S. Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was duly served, by hand delivery, addressed as set forth below:

>DONNA M. GRAY, ESQ.
>Assistant Federal Public Defender
>300 Ala Moana Blvd., Suite 7-104
>Honolulu, Hawaii 96850
>
>Attorney for Defendant
>JAVIER MARTINEZ-ARELLANO
>
>
>Neil Tsukiyama, Probation Officer
>U. S. Probation Office
>U.S. Courthouse, Room C-110
>300 Ala Moana Boulevard
>Honolulu, HI 96850

DATED: December 19th, 2005, at Honolulu, Hawaii.

_____

*[Handwritten note:]* Note to Clerk: Please do not seal. Thank you. L. Bracco