ORIGINAL

PETER C. WOLFF, JR.   #2332
Federal Public Defender
District of Hawaii

DONNA M. GRAY   #4519
Assistant Federal Public Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850
Telephone:   (808) 541-2521
Facsimile:   (808) 541-3545

Attorney for Defendant
JAVIER MARTINEZ-ARELLANO

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 2 0 2005

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 05-00381 SOM |
| Plaintiff, | RESPONSE TO DRAFT PRESENTENCE REPORT; CERTIFICATE OF SERVICE |
| vs. | |
| JAVIER MARTINEZ-ARELLANO, | DATE:   02/06/06 |
| Defendant. | TIME:   1:30 P.M. |
| | JUDGE:   Susan Oki Mollway |

N:\DONNA\CLIENTS\Martinez_Arellano_Javier\PSI_resp.wpd

## RESPONSE TO DRAFT PRESENTENCE REPORT

Defendant, JAVIER MARTINEZ-ARELLANO, by and through counsel, Donna M. Gray, Assistant Federal Public Defender, states that he has no proposed amendments, modifications, or additional factual information to the

Draft Presentence Report.  Defendant reserves the right to reply to any proposed amendments, modifications, or additional information offered by the Government.

DATED:   Honolulu, Hawaii, December 20, 2005.

_____
DONNA M. GRAY
Attorney for Defendant
JAVIER MARTINEZ-ARELLANO

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing document was duly hand-delivered to the following:

LOUIS A. BRACCO
Assistant United States Attorney
PJKK Federal Building
300 Ala Moana Boulevard, Room 6100
Honolulu, Hawaii  96813

Attorney for Plaintiff
UNITED STATES OF AMERICA

NEIL W. TSUKAYAMA
U. S. Probation Office
U.S. Courthouse
300 Ala Moana Boulevard, Room C-126
Honolulu, Hawaii  96813

DATED:  Honolulu, Hawaii, December 20, 2005.

_____
Hermi Hunt